FILED & ENTERED

MAR 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Milton Parker,<br><br><br><br>                                   Debtor(s). | Case No: 1:10-bk-11702-MT<br><br>Chapter: 7<br><br>**ORDER DISMISSING CASE**<br><br>Date: February 24, 2010<br>Time: 10:00am<br>Location: Courtroom 302 |

On February 24, 2010, the court held a hearing on its Order to Show Cause why the above involuntary petition should not be dismissed for being filed in bad faith. None of the petitioning creditors appeared at the hearing. The debtor appeared at the hearing. Because none of the petitioning creditors appeared,

**IT IS HEREBY ORDERED** that the above captioned case is DISMISSED.

*[signature: Maureen A. Tighe]*

DATED: March 1, 2010

United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christelle N Ramseyer    bknotice@mccarthyholthus.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Sanford Galen
7852 Calif Ave
Huntington Pk, CA 90255

Charlie Nikuna
20328 Runnymede St
Winnetka, CA 91306

Milton Parker
10028 Ruthelen St
Los Angeles, CA 90047

Manny Safiah
17623 Martha St
Encino, CA 91316

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page